UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Mag. Judge Case No. 22-6171-MPK |
| | ) | |
| PAULA "PAULETTE" HARLOW, | ) | |
| | ) | |
| Defendant | ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Donald E. Kornek, Federal Bureau of Investigation, do hereby make oath before the Honorable M. Page Kelley, United States Chief Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Paula "Paulette" Harlow on an Indictment filed in the District for the District of Columbia charging the defendant with Conspiracy Against Rights, in violation of 18 U.S.C. § 241, and a violation of the Freedom of Access to Clinic Entrances Act, in violation of 18 U.S.C. § 248(a)(1), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Donald E. Kornek
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 30th day of March, 2022.

_____
Honorable M. Page Kelley
United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge Case No. 22-6171-MPK |
| ) | |
| JEAN MARSHALL, ) | |
| ) | |
| Defendant ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Geoffrey Kelly, Federal Bureau of Investigation, do hereby make oath before the Honorable M. Page Kelley, United States Chief Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Jean Marshall on an Indictment filed in the District for the District of Columbia charging the defendant with Conspiracy Against Rights, in violation of 18 U.S.C. § 241, and a violation of the Freedom of Access to Clinic Entrances Act, in violation of 18 U.S.C. § 248(a)(1), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Geoffrey Kelly
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 30th day of March, 2022.

Honorable M. Page Kelley
United States Chief Magistrate Judge